[Docket Nos. 6, 7, 10]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| LISA BIDLINGMEYER,<br><br>        Plaintiff,<br><br>  v.<br><br>BROADSPIRE and JOHNSON & JOHNSON,<br><br>        Defendants. | Civil No. 11-6144 RMB/AMD<br><br>**ORDER** |

    THIS MATTER coming before the Court upon Plaintiff Lisa Bidlingmeyer's motion to remand [Docket No. 6], Plaintiff's motion to amend her motion to remand [Docket No. 7], and Defendants Broadspire and Johnson & Johnson's motion for judgment on the pleadings [Docket No. 10]; and the Court having considered the papers; and the Court having issued an Opinion on the motions;

    IT IS HEREBY **ORDERED** that Plaintiff's motion to amend [Docket No. 7] is GRANTED, Plaintiff's motion to remand [Docket

No. 6] is DENIED, and Defendants' motion for judgment on the pleadings [Docket No. 10] is GRANTED.

                                                    <u>s/Renée Marie Bumb</u>
                                                    RENÉE MARIE BUMB
                                                    UNITED STATES DISTRICT JUDGE

Dated:  <u>June 19, 2012</u>